379 A.2d 603

Commonwealth v. Pahula, Appellant.

Submitted November 8, 1976.   Thomas P. Ruane, Jr., Public Defender, for appellant;  Conrad B. Capuzzi, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.